■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM L. OTTO, Appellant. (Appeal No. 1.) [744 NYS2d 919] —Appeal from a judgment of Allegany County Court (Euken, J.), entered June 1, 2001, convicting defendant upon his plea of guilty of attempted rape in the first degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM L. OTTO, Appellant. (Appeal No. 2.) [744 NYS2d 919] —Appeal from a judgment of Allegany County Court (Euken, J.), entered June 1, 2001, convicting defendant upon his plea of guilty of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see *People v*

*Hidalgo*, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.